[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

|  |  |  |
|---|---|---|
| Plaintiff<br>Roy White<br>v.<br>Bellwood Currency Exchange, inc<br>Defendant | ) ) ) ) ) ) ) ) ) | **United States District Court**<br>**Northern District of Illinois**<br><br>23-cv-02825<br>Judge Kness<br>Magistrate Judge Kim<br>Random |

## COMPLAINT

On September 30, 2022 Time 4:12p.m. I receive a check from Transit General insurance company amount of 9,000.00 check so I Roy White went to Bellwood Currency Exchange, inc. 601 Mannheim Rd Bellwood Ill to cash the check the clerk who is none Black refused to cash my check the check I gave the clerk all of my credifials like state I.D. Social security card prove of my address and I also ask them to call the insurance company to verified the check is legit they still refused to they didn't give me any reason why they didn't want to cash my check and I ask them what the reason they refused to answer that.

**RECEIVED**

MAY 04 2023

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT